# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

ISAAC L. WATKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1061

———————————————

October 24, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Teri K. Dees, Judge.

Isaac Watkins, pro se.

PER CURIAM.

Affirmed.

VILLANTI, SLEET, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.